JUDGE SULLIVAN

08 CV 5699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KIC HOLDINGS, INC.,

                         Plaintiff,

   -against-

MSC "BUSAN", her engines, boilers, etc.,
and MEDITERRANEAN SHIPPING
COMPANY S.A.,

                         Defendants.

------------------------------------------------------------X

RULE 7
08 CIV.

RECEIVED
JUN 2 3 2008
U.S.D.C. S.D. N.Y.
CASHIERS

     Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification of recusal, the undersigned attorney of record for Plaintiffs certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

NONE

Dated: New York, New York
       June 20, 2008

                                                William R. Connor III (WC 4631)