# United States District Court

SOUTHERN _____ DISTRICT OF __ NEW YORK _____

KIC HOLDINGS, INC.,

        PLAINTIFF

V.

MSC "BUSAN", her engines, boilers, etc.
and MEDITERRANEAN SHIPPING COMPANY S.A.,

        DEFENDANT.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 5699

JUDGE SULLIVAN

TO: (Name and address of defendant)

    MEDITERRANEAN SHIPPING COMPANY S.A.
    c/o MSC USA, INC.
    420 FIFTH AVENUE
    NEW YORK, NEW YORK 10018

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    McDERMOTT & RADZIK, LLP
    WALL STREET PLAZA
    88 PINE STREET
    NEW YORK, NEW YORK 10005

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

_Catherine Lapsley_ (signature)

(BY) DEPUTY CLERK

DATE: JUN 25 2008

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | June 27th, 2008 |
| NAME OF SERVER (PRINT)<br>GEORGE RUSH | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

[x] Served personally upon the defendant. Place where served: 420 Fifth Avenue, New York, NY 10018, c/o MSC USA, Inc.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[x] Other (specify): left with Lydia Tuve, Administration Assistant
description - sex: female; color: white; hair: blonde;
app. age: 46; app. ht: 5'6"; app. wt: 130

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 1st, 2008
                    Date

Signature of Server   GEORGE RUSH

Address of Server   233 Broadway
New York, NY 10279

RECEIVED
JUL 3 - 2008
McDERMOTT & RADZIK, LLP

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.