LYONS & FLOOD, LLP
65 W 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
MEDITERRANEAN SHIPPING COMPANY, S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KIC HOLDINGS, INC.,                              **ECF CASE**

              Plaintiff,                    .        08 Civ. 5699 (RJS)

   - against -

MSC "BUSAN", her engines, boilers, etc.         **RULE 7.1**
And MEDITERRANEAN SHIPPING                       **STATEMENT**
COMPANY S.A.

           Defendants.
------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member

of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Defendant

MEDITERRANEAN SHIPPING COMPANY, S.A., certifies upon information and belief that

said Defendant is not a publicly held corporation in the United States and that there are no

corporate parents, subsidiaries, or affiliates of the Defendant which are otherwise publicly held

in the United States.

Dated: July 9, 2007
      New York, New York

                  LYONS & FLOOD, LLP
                  Attorneys for Defendant
                  MEDITERRANEAN SHIPPING COMPANY, S.A.

By:      _Edward P. Flood_____
           Edward P. Flood (EPF-5797)
           65 West 36th Street, 7th Floor
           New York, New York 10018

U:\FLOODDOC\2549120\Legal\Rule 7.1.doc